IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNARD WALLACE,                          )
                                          )
    Plaintiff,                            )
                                          )
v.                                        )    CASE NO. CV412-025
                                          )
EFFINGHAM COUNTY BOARD OF                 )
COMMISSIONERS; JIMMIE MCDUFFIE,           )
in his official capacity as               )
Sheriff of Effingham County; and          )
JEREMY SCOTT, individually and            )
in his official capacity;                 )
                                          )
    Defendants.                           )
                                          )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 58.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case. As a result, Defendants' Motion for Summary Judgment (Doc. 47) is **DISMISSED AS MOOT**.

SO ORDERED this 15th day of April 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA